UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY ALEXANDER JAMES,

Plaintiff,

v.

METZGER MANAGEMENT COMPANY,

Defendant.

No.  2:23-cv-01174-DAD-SCR (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THIS ACTION, AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT

(Doc. Nos. 25, 27)

Plaintiff Anthony Alexander James is proceeding *pro se* in this civil action in which he asserts claims for violation of the federal Fair Housing Act and state law claims.  (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's first amended complaint (FAC) be dismissed without prejudice for failure to state cognizable claim.  (Doc. No. 25.)  In the findings and recommendations the magistrate judge pointed out that despite being given two opportunities to do so, plaintiff had failed to file a second amended complaint (SAC) or to show cause why this action should not be dismissed due to his failure to prosecute as he was required to do by the magistrate judge's May 1, 2025 order.  (*Id.*)

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) On July 14, 2025, the court received plaintiff's untimely response. (Doc. No. 26.) Nonetheless, and despite their belated nature, the court will consider plaintiff's response on the merits and will the response as plaintiff's objections to the pending findings and recommendations. In that response plaintiff appears to present arguments in support of all of his claims originally asserted in this action, including those previously dismissed. (See Doc. Nos. 22, 23.) In any event, plaintiff's response provides no basis upon which to reject the recommendation made in the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's supplemental response construed as objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on June 16, 2025 (Doc. No. 25) are adopted in full;

2.    This action is dismissed without prejudice, but without further leave to amend, for failure to state a claim;

3.    Defendants' motion to dismiss for lack of prosecution (Doc. No. 27) is denied as having been rendered moot by this order; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **February 14, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE